UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN - 6 2008
Clerk, U.S. District and
Bankruptcy Courts

Timothy D. Taylor
15487 Badenwest Wood Rd
Brandywine Md. 20613
(301) 943-5700 or (301) 579-2912

VS.

Case: 1:08-cv-00984
Assigned To : Robertson, James
Assign. Date : 6/6/2008
Description: Employ. Discrim.

JURY ACTION

Dr. Donald C. Winter,
Secretary of the Navy
MRA/EEO (NAVOECMA) OCHR Code 015
Department of the Navy
614 Sicard St., SE #100
Washington Navy Yard, DC 20374-5072

## COMPLAINT

I suffered an on the job injury in December 2005 while working at the Human Resources Office, Washington, (HROW) Bldg. 200, Washington Navy Yard. This injury required me to have back surgery. I was out of work for about five months, during which time the Agency advertised four vacancies within my organization. I applied for all positions. I was notified by Ms. Wendy Blankenship, Deputy Director HROW that I had not been selected for any of the positions. On 18 April 2006, I filed an informal EEO Complaint with Naval District Washington, with Ms. Renee Walker, EEO Specialist (now deceased)

She informed me that my complaint would be sent out side of the HROW for processing because I worked within the organization and it would be a conflict interest for the HROW EEO office to process it. The Agency failed to properly process my complaint according to the 1614 CFR. thus not allowing me due process according to regulations. I did not receive a Notice of Right to File a Formal Complaint until sometime in June of 2007. The Agency states that I received this Notice some time in November of 2006 which is not true. The Agency has produced a copy of a Notice of Right to File dated some time in November 2006 but, I never received this Notice until June 2007. I filed a Formal Complaint right after receiving the Notice of Right to File a Formal Complaint. During the period that I was out of work recovering from back surgery, the Agency failed to properly process my paper work for traumatic injury on the job. I was forced to use annual leave for this entire period of recovery. During the recovery period, when my health started to improve I spoke with the Director of the HRO, W, Mr. Kevin Mailing about allowing me to work four hours a day from home. Initially he approve my request although, not in writing. But, this can be substantiated by witness testimony. Later my request was denied with no reason given. I have been employed with HROW for over sixteen years. I have witness many employees be afforded the opportunity to work from home for all sorts of reasons. I clearly had better justification to be allowed to work from home than most. I returned to work sometime in April or late May 2006. I injured my back again in late June or early July 2006 after slipping in some water that was on the floor in the lobby in Bldg. 200, Washington Navy Yard. I had to go out on sick leave again. After consulting with my doctor, I informed the Agency that my doctor had suggested that I have surgery once again. I was away from work this time until January

2007. This all is documented and was provided to the Agency. Once again the Agency did not properly process my medical documentation to the Department of Labor and compensation was again denied. During this period of absence the Agency systematically built a disciplinary file against me to be used to terminate me from Federal Service. I have been employed by the Federal Government for over 23 years I had never had a disciplinary action filed against me. During this period of absence the Agency constantly harassed me, denied my repeated leave request although I had over 600 hours of leave on the books. Also, I was charged with three Disciplinary Actions while I was at home recovering from back surgery. That would latter be used for reasons to terminate me from Federal Service. The Agency provided no avenue for redress through the EEO Process. During this period while these events were occurring, I was suffering tremendously. My brother was murdered, my wife left me, I lost my home of 12 years, and suffered enormous financial hardships my credit is ruin because of my inability to pay my bills. The people most responsible for this situation are as follows: Mr. Kevin Mailing, Director, HROW. Wendy Blankenship, Deputy Director, HROW. Mrs. Gary Jo Green, Head, Department Labor/Employee Relations. I believe that these individuals acted in this harsh manner because of my race African American. Even if I was not the best candidate for the announced vacancies, I did not deserve to be treated in this fashion. I definitely did not deserve or do any thing to be terminated from Federal Service.

I Request a trial by a jury of my peers

The issues in my Grievance are as follows:

**Non-Selection**

**Reprisal**

**Harassment**

**Denied the use of Leave**

**Failure to Process EEO Complaints**

**Failure to Process Labor Compensation Request**

**Termination from Federal Service**

I am asking the Court to totally restore me back to where I was before all this happened.

Reinstatement back to my position in the Federal Government with any and all pay increases and grade adjustments that would have occurred over this period

Restore all annual and sick leave accounts

Restore my Thrift Savings Account

Back pay form December 2005 to the present with appropriate interest

Expunge all negative and disciplinary actions in my Official Personnel File

$500,000.00 in Compensatory Damages

$500,000.00 in Punitive Damages

$500,000.00 for Pain and Suffering

*Timothy D. Taylor* (signature)
Timothy D. Taylor
15487 Baden Westwood Rd.
Brandywine Md. 20613



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

Timothy Taylor,
Complainant,

v.

Dr. Donald C. Winter,
Secretary,
Department of the Navy,
Agency.

Appeal No. 0120080036

Agency No. 0668502728

## DECISION

Complainant filed a timely appeal with this Commission from the agency's decision dated August 22, 2007, dismissing his complaint of unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e *et seq.*, Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 *et seq.*, and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 *et seq.* Upon review, the Commission finds that complainant's complaint was properly dismissed pursuant to 29 C.F.R. § 1614.107(a)(2), due to the untimely filing of the formal complaint. In his complaint, complainant alleged that he was subjected to discrimination on the bases of race (African-American), sex (male), religion (Christian), disability (Back injury/surgery), age (D.O.B. March 17, 1962), and reprisal for prior protected EEO activity under an EEO statute that was unspecified in the record when:

1. complainant was not selected for four Human Resources Management positions: Head, Labor/Employee Relations; CNIC Site Manager; Bethesda Site Manager; and NAVFAC Site Manager.

The record discloses that complainant was mailed the notice of right to file a formal complaint on September 18, 2006. Although the notice indicated that complainant had to file a formal complaint within fifteen (15) calendar days of its receipt, complainant did not file his formal complaint until June 12, 2007, which is beyond the limitation period. On appeal, complainant has not offered adequate justification to warrant an extension of the time limit for filing the complaint. Accordingly, the agency's final decision dismissing complainant's complaint is affirmed.

**FILED**

08 0984   JUN - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

2                                                          0120080036

## STATEMENT OF RIGHTS - ON APPEAL

### RECONSIDERATION (M0701)

The Commission may, in its discretion, reconsider the decision in this case if the complainant or the agency submits a written request containing arguments or evidence which tend to establish that:

1. The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2. The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests to reconsider, with supporting statement or brief, must be filed with the Office of Federal Operations (OFO) within thirty (30) calendar days of receipt of this decision or within twenty (20) calendar days of receipt of another party's timely request for reconsideration. *See* 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), 9-18 (November 9, 1999). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036. In the absence of a legible postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. *See* 29 C.F.R. § 1614.604. The request or opposition must also include proof of service on the other party.

Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. *See* 29 C.F.R. § 1614.604(c).

### COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

You have the right to file a civil action in an appropriate United States District Court within ninety (90) calendar days from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, filing a civil action will terminate the administrative processing of your complaint.

3    0120080036

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
———————————————
Carlton M. Hadden, Director
Office of Federal Operations

MAR 4  2008
———————————————
Date

4                                                           0120080036

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to the following recipients on the date below:

Timothy Taylor
15487 Baden Westwood Rd
Brandywine, MD 20613

William A. Navas Jr., Asst. Secretary, MRA/EEO
(NAVOECMA) OCHR Code 015
Department of the Navy
614 Sicard St., SE #100
Washington Navy Yard, DC 20374-5072

MAR 4 2008
_____
Date

_[signature]_
Equal Opportunity Assistant

JS-44
(Rev.1/05 DC)

H
08-984
JR

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Timothy D. Taylor

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Dr. Donald C. Winter, Secretary of Navy

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T...

Case: 1:08-cv-00984
Assigned To : Robertson, James
Assign. Date : 6/6/2008
Description: Employ. Discrim.

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

EEOC

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

29 CFR. Part 1614    42 USC 2000e    Discrimination Based on Race & Sex

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** N.E.    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 6 June 08    SIGNATURE OF ATTORNEY OF RECORD  Timothy Taylor Pro Se

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd