UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Timothy Taylor                                             10 June 2008
15487 Badenwest Wood Rd.
Brandywine, MD. 20613
(301) 943-5700 or (301) 579-2912

VS.                                          CIVIL ACTION NO. 08-984 J.R.

Dr. Donald C. Winter,
Secretary of the Navy

ATTN: William A. Navas Jr., Asst. Secretary, MRA/EEO
(NAVOECMA) OCHR Code 015
Department of the Navy
614 Sicard St., SE #100
Washington Navy Yard, DC 20374-5072Secretary,
Department of Navy,
Agency.

## REQUEST FOR THE COURT TO APPOINT ATTORNEY

In accordance with the letter dated 4 March 2008, this is my official request for the Court to appoint an Attorney to represent me in this matter. Enclosed with this request is the 4 March 2008, Letter of Decision form the U.S. Equal Employment Opportunity Commission. I am currently unemployed and do not have the means to retain Attorney Services.

                                          Respectfully Submitted,
                                          *[signature]*
                                          TIMOTHY D, TAYLOR

**RECEIVED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT