AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Timothy D. Taylor
15487 Badenwest Wood Rd
Brandywine Md 20613

V.

Dr. Donald C. Winter,
Secretary of the Navy
MRA/EEO (NAVOECMR)
OCHR Code 015, Dept of Navy
614 Sicard St. SE #100
Wash Navy Yard, DC 20374-5072

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-984-J.R

TO: (Name and address of Defendant)

**U.S. Attorney**
**555 4th St. NW**
**Washington DC 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Timothy Taylor
15487, BadenWestwood Rd
Brandywine Md. 20613

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK

NANCY M. MAYER-WHITTINGTON _____ JUN 10 2008
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  13 June 08 |
| NAME OF SERVER (PRINT) Timothy Taylor | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 501 Third St. N.W.
  Gary Nails   1:56 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  13 June 08    *Timothy Taylor*
             Date              Signature of Server

15487 Baden Westwood Rd. Md 20613
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.