AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy Taylor
15487 Baden Westwood Rd,
Brandywine Md. 20613

**SUMMONS IN A CIVIL CASE**

V.

Dr. Donald C. Winter,
Secretary of the Navy
N.R.A. /EEO (NAVDECMA)
OCHR Code 015, Dept of the Navy
614 Sicard St. SE # 100
Wash Navy Yard, DC. 20374-5072

CASE NUMBER: 08-984 JR

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' ~~ATTORNEY~~ 	Y. LOSE (name and address)

Timothy Taylor
15487 Baden Westwood Rd.
Brandywine Md. 20613

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**	JUN 1 0 2008
CLERK	DATE

_(signature)_
(By) DEPUTY CLERK

2nd Service
26 June 08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 13 June 08  2:20 P.M. |
| NAME OF SERVER (PRINT) Timothy Taylor | TITLE Litigant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Donna Monroe

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 60 mi. | served | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 13 June 08
Signature of Server: Timothy Taylor

Address of Server: 15487 Baden Westwood Rd.
Brandywine Md. 20613

SANDRA CARTER
Sandra Carter
6/26/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.