**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TIMOTHY D. TAYLOR ) | |
| 15487 Badenwest Wood Rd ) | |
| Brandywine, MD 20613 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0984 (JR) |
| ) | |
| DR. DONALD C. WINTER, ) | |
| Secretary of the Navy ) | |
| MRA/EEO (NAVOECMA) ) | |
| OCHR Code 015 ) | |
| Department of the Navy ) | |
| 614 Sicard St., S.E. # 100 ) | |
| Washington, D.C. 20374-5072 ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

___/s/_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center
555 4th Street, N.W.
Room E4106
Washington, D.C. 20530
(202) 514-7224

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has served by First-Class mail, postage prepaid,

to:

TIMOTHY D. TAYLOR
15487 Badenwest Wood Rd
Brandywine, MD 20613

on this____ day of July, 2008.

                          ___/s/_____
                          WYNEVA JOHNSON, D.C. Bar #278515
                          Assistant United States Attorney
                          Judiciary Center
                          555 4th Street, N.W.
                          Room E4106
                          Washington, D.C. 20530
                          (202) 514-7224